# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| WILLIAM GEORGE MITCHELL, | |
| Petitioner, | CIVIL ACTION NO.: 6:17-cv-163 |
| v. | |
| WALTER BERRY, | |
| Respondent. | |

## O R D E R

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 13). Petitioner William Mitchell ("Mitchell") did not file Objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **GRANTS** Respondent's Motion to Dismiss, (doc. 7), **DISMISSES** Mitchell's 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus, (doc. 1), **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and **CLOSE** this case, and **DENIES** Mitchell *in forma pauperis* status on appeal and a Certificate of Appealability.

**SO ORDERED**, this 8th day of March, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA